FILE COPY



# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00170-CV

CRUZ VENZOR AND JUANA MUNOZ, Appellants

V.

AMG BT NOTE ONE, LLC, AND AUGUST REI HOLDINGS, LLC,
Appellees

---

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-306116-19

---

AND

No. 02-19-00177-CV

CRUZ VENZOR AND JUANA MUNOZ, Appellants

V.

AMG BT NOTE ONE, LLC, Appellee

---

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-297732-18

---

**ORDER**

We have considered "Appellants' Unopposed Motion for Consolidation."

The motion is **GRANTED**.  It is therefore ORDERED that appeal number 02-19-00170-CV, Cruz Venzor and Juana Munoz v. AMG BT Note One, LLC and August REI Holdings, LLC is consolidated with appeal number 02-19-00177-CV, Cruz Venzor and Juana Munoz v. AMG BT Note One, LLC.  Each appeal shall continue to bear its respective case number.

Pursuant to this court's September 17, 2019 orders reinstating theses appeals, appellant shall pay for preparation of a single clerk's record to be filed for both appeals on or before **Wednesday, September 25, 2019**.  Failure to pay or to make such arrangements will result in dismissal of the appeal for want of prosecution.  *See* Tex. R. App. P. 37.3(b), 42.3(b).

We direct the clerk of this court to send a notice of this order to the attorneys of record, the trial court clerk, and the court reporter.

Dated September 20, 2019.

Per Curiam